## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANE CHRISTENSEN, *on behalf of himself and all others similarly situated*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DESERT ROCK CAPITAL, INC.,<br><br>　　　Defendant. | ORDER GRANTING [22] MOTION FOR LEAVE TO FILE EXHIBIT 1 UNDER SEAL<br><br>Case No. 2:24-cv-00808-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Defendant's Motion for Leave to File Under Seal (Motion) (ECF 22) regarding Exhibit 1 (ECF 16-1) to Defendant's Motion to Dismiss or Stay and Compel Arbitration (ECF 16). Defendant indicates that it was not until January 2, 2025, that it realized that Exhibit 1 includes "personal identifiers of Plaintiff that should have been redacted but were inadvertently missed" (ECF 22 at 1). The Motion further indicates that counsel for the parties have reached an agreement as to which portions of Exhibit 1 should be redacted and the redacted version of the exhibit has been filed at ECF 22-2. The Motion being narrowly tailored to protect only the specific information deserving of protection, pursuant to DUCivR 5-3 and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Exhibit 1 filed at ECF 16-1 be sealed. The court directs the parties to comply with the requirements of DUCivR 5-3 for the filing of motions to seal.

DATED this 6 January 2025.

*Cecilia M. Romero*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah