Kennedy D. Nate (14266)
Austin C. Nate (17789)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
knate@rqn.com
anate@rqn.com

*Attorneys for Defendant Desert Rock Capital, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANE CHRISTENSEN, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>DESERT ROCK CAPITAL, INC., a Utah Corporation,<br><br>     Defendant. | **DEFENDANT'S STATUS REPORT**<br><br>Case No. 2:24-cv-0808<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Court's Memorandum Decision and Order [Dkt. 33] filed April 17, 2025, Defendant Desert Rock Capital, Inc. ("Defendant") submits the following Status Report regarding the status of this matter.

Plaintiff Dane Christensen ("Plaintiff") submitted a Demand for Arbitration Consumer Arbitration Rules (the "Demand") to the American Arbitration Association ("AAA") on August 4, 2025.

On August 28, 2025, the AAA acknowledged receipt of the Demand acknowledging the Court's order and directing Defendant to submit payment for the arbitration under the Consumer Arbitration rules.

On September 12, 2025, Defendant objected to the arbitration being conducted pursuant to the Consumer Arbitration rules.

On September 16, 2025, AAA advised that Defendant's objection would be heard by the arbitrator once an arbitrator is appointed.

On September 26, 2025, Defendant submitted payment to the AAA. That same day, the AAA acknowledged receipt of the payment, informed the parties that the matter had been assigned to the appropriate center for administration, and acknowledged that once a case manager reviews the case, an initiation letter will be sent to all parties with deadlines and next steps.

As of the date of this submission, an arbitrator has not been assigned and there is currently no deadline to respond to the Demand.

DATED this 1st day of October 2025.

**RAY QUINNEY & NEBEKER P.C.**

 /s/ Kennedy D. Nate
Kennedy D. Nate
Austin C. Nate

*Attorneys for Defendant Desert Rock Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2025, a true and correct copy of the foregoing **DEFENDANT'S STATUS REPORT** was filed electronically with the Court using the CM/ECF system which sent notification of such filing to:

Jennifer Fraser Parrish
Yevgen Kovalov
**MAGLEBY CATAXINOS, PC**
parrish@mcpc.law
kovalov@mcpc.law

Max S. Morgan
**THE WEITZ FIRM, LLC**
max.morgan@theweitzfirm.com

*Attorneys for Plaintiff*

                                            */s/ Megan Kuchenthal*

1722789